[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 16, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-14900
Non-Argument Calendar

_____

D. C. Docket No. 06-00246-CR-CLS-HGD

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

KERI TYWARREN TARTT,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

**(July 16, 2008)**

Before CARNES, BARKETT and COX, Circuit Judges.

PER CURIAM:

Samuel R. Holmes, appointed counsel for Keri Tywarren Tartt, has filed a

motion to withdraw on appeal supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED** and Tartt's conviction and sentence is **AFFIRMED**.